FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 16, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT L. BROWN,<br><br>               Plaintiff,<br><br>    v.<br><br>CITY OF SOAP LAKE, WASHINGTION,<br><br>               Defendant. | No. 2:16-CV-0265-SMJ<br><br>**ORDER APPROVING STIPULATED CONSENT DECREE** |

Before the Court, without oral argument, is Plaintiff Robert L. Brown's Motion to Approve Stipulated Consent Decree, ECF No. 16. Having reviewed the Stipulated Consent Decree, ECF No. 15, and the pleadings and file in this matter, the Court finds that the Consent Decree is fair, reasonable, and equitable and does not violate the law or public policy. Accordingly, pursuant to Rule 54, the Court grants Plaintiff's motion to approve the parties' Stipulated Consent Decree.

**IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Approve Stipulated Consent Decree, **ECF No. 16**, is **GRANTED**.

2. The parties' Stipulated Consent Decree, **ECF No. 15**, is **APPROVED** as the final judgment of this Court.

ORDER **-** 1

3. The Court retains jurisdiction of this matter for purposes of enforcing the Stipulated Consent Decree.

4. All hearings and other deadlines are **STRICKEN**.

5. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 16th day of December 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge

Q:\SMJ\Civil\2016\Brown v. City of Soap Lake Washington-0265\Ord.approve consent decree.lc2.docx

ORDER - 2