FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 27, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT L. BROWN,<br><br>              Plaintiff,<br><br>     v.<br><br>CITY OF SOAP LAKE WASHINGTON,<br><br>              Defendant. | No.  2:16-CV-0265-SMJ<br><br>**ORDER DISMISSING CASE** |

On December 22, 2016, the parties filed a stipulated dismissal, ECF No. 18. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

**1.** The parties' Stipulation and Order of Dismissal with Prejudice and Without costs, **ECF No. 18**, is **GRANTED.**

**2.** All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

**3.** All pending motions are **DENIED AS MOOT.**

**4.** Per the Court's Order Approving Stipulated Consent Decree, ECF No. 17 filed on December 16, 2016, all hearings and other deadlines were stricken and the file was closed.

ORDER **-** 1

1 **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order
2 and provide copies to all counsel.
3    **DATED** this 27th day of December 2016.

                    _____
                    SALVADOR MENDOZA, JR.
                    United States District Judge

ORDER **-** 2